In the Matter of STATE OF NEW YORK, Respondent, v NUSHAWN W., Appellant.

Submitted September 12, 2016; decided December 15, 2016

Motion by The Center for HIV Law and Policy et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.

TOWN OF OYSTER BAY, Respondent, v RICHARD A. BRUMMELL, Appellant.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of NORMAN WOODS et al., Respondents, v STATE UNIVERSITY OF NEW YORK et al., Appellants.

Submitted October 31, 2015; decided December 15, 2016

Motion to vacate this Court's October 18, 2016 dismissal order granted.

XIU JIAN SUN, Appellant, v DICK BAILEY SERVICE, INC., et al., Respondents.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.